**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-7522**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

MARK ANTHONY HOUGH,

                    Defendant – Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:02-cr-00471-TLW-3)

———————————

Submitted:  January 13, 2009          Decided:  January 15, 2009

———————————

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mark Anthony Hough, Appellant Pro Se.  Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony Hough appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hough, No. 4:02-cr-00471-TLW-3 (D.S.C. filed July 21, 2008; entered July 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED